IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HUNTERS FRIEND RESORT, INC., d/b/a HUNTER'S FRIEND RESORT, and TREEHOUSE CONDO RENTALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRANSON TOURISM CENTER, L.L.C., et al., <br><br> Defendants. | Case No. 09-3114-CV-S-ODS |

## ORDER GRANTING MOTION FOR RECONSIDERATION (DOC. 88)

Defendants move for reconsideration of the Court's Order denying Defendants' motion to amend the dispositive motion deadline. The details of this case's history were stated in the Court's prior Order. The Court can summarize these events as follows: all parties share the fault for deadlines not being met and the need for extensions after extensions. The only reason the Court is granting Defendants' motion for reconsideration is because the negative effect of not moving the dispositive/*Daubert* motions deadline falls disproportionately on Defendants, which have expressed a desire to file such motions. The dispositive motion and *Daubert* motion deadlines are extended to August 23, 2011.

IT IS SO ORDERED.

DATE: August 2, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT